**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
JORGE JERI,

                        Plaintiff,                **JUDGMENT**
                                                                                      CV 18-1089 (JS)(ARL)

- against -

GREAT NECK CLEANER & HAND
LAUNDRY, INC., and SUNG HO CHO,

                        Defendants.
---------------------------------------------------------------X

      An Acceptance of Defendants' Rule 68 Offer of Judgment having been filed by Plaintiff on October 26, 2020, accepting the Defendants' October 23, 2020 offer to have judgment entered against Defendants, jointly and severally, and in favor of Plaintiff Jorge Jeri in the sum Four Thousand dollars ($4,000.00), it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Jorge Jeri against Defendants Great Neck Cleaner & Hand laundry, Inc., and Sung Ho Cho, jointly and severally, in the amount of Four Thousand Dollars ($4,000.00); and that this case is closed.

Dated: October 27, 2020
       Central Islip, New York

                                                                **DOUGLAS C. PALMER**
                                                                **CLERK OF THE COURT**
                                                                 By: /s/ James J. Toritto
                                                                 Deputy Clerk